# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:07cv24___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| 646 FORD ROAD, WARNE, CLAY ) | |
| COUNTY, NC, as described in a ) | |
| deed at Deed Book 278, Page 257 ) | |
| in the Public Registry of Clay County, ) | |
| NC, being real property, together ) | |
| with the residences, and all ) | |
| appurtenances, improvements, and ) | |
| attachments thereon; and $1,796, 761.00 ) | |
| IN UNITED STATES ) | |
| CURRENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the <u>claimants</u>' Motion for Stay to which the plaintiff consents. Finding that good cause exists for the proposed stay and that claimants are entitled to the stay they seek as a matter of law, 18 U.S.C. § 981(g)(2), the court enters the following Order.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the claimants' Motion for Stay (#6) is **GRANTED,** and this action is **STAYED** as to claimants Donald M. Barry and Terri C. Barry pending resolution of any criminal proceedings against them or until such other time as may be deemed appropriate by the court.

Signed: November 15, 2007

Dennis L. Howell
United States Magistrate Judge