# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:07cv24___

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| 646 FORD ROAD, WARNE, CLAY | ) | |
| COUNTY, NC, as described in a | ) | |
| deed at Deed Book 278, Page 257 | ) | |
| in the Public Registry of Clay County, | ) | |
| NC, being real property, together | ) | |
| with the residences, and all | ) | |
| appurtenances, improvements, and | ) | |
| attachments thereon; and $1,796, 761.00 | ) | |
| IN UNITED STATES | ) | |
| CURRENCY, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on periodic review of the stay and upon

the timely response to the court's Order filed October 22, 2008, by claimants.

Finding that good cause exists for keeping the stay in place under18 U.S.C. §

981(g)(2), specifically, that the related state criminal action is not complete and

that civil discovery in this matter could impinge upon claimants' fifth amendment

1

protections and interfere with the state prosecution, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that good cause having been shown for continuing the stay, the **STAY** is continued in place until March 1, 2009, and shall dissolve on that date unless the parties show good reason on or before such date to further extend the stay.

Signed: October 22, 2008

Dennis L. Howell
United States Magistrate Judge