# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL CASE NO. 2:07cv24

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>646 FORD ROAD, Warne, Clay )<br>County, North Carolina, as described )<br>in a deed at Deed Book 278, Page )<br>257 in the Public Registry of Clay )<br>County, North Carolina, being real )<br>property, together with the )<br>residences, and all appurtenances, )<br>improvements, and attachments )<br>thereon, )<br>Defendant. )<br>_____) | **JUDGMENT BY DEFAULT,<br>ENTRY OF JUDGMENT,<br>AND FINAL ORDER OF<br>FORFEITURE** |

**THIS MATTER** is before the Court on the Government's Motion for an Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983, and 21 U.S.C. § 881. [Doc. 26]. For the reasons stated in the Government's Motion, and no further response being necessary, the Motion will be allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

> **646 FORD ROAD, Warne, Clay County, North Carolina, as described in a deed at Deed Book 278, Page 257 in the Public Registry of Clay County, North Carolina, being real property, together with the residences, and all appurtenances, improvements, and attachments thereon;**

is hereby **GRANTED**, and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title, and interest of all persons in the world in or to the Defendant Property is hereby **FORFEITED** to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby **DIRECTED** to dispose of the forfeited Defendant Property as provided by law.

4. The United States is **DIRECTED** to pay the principal and interest at the rate of interest stated in the Deed of Trust of First Horizon Home Loan Corporation [Doc. 9] subject to the sale of the Defendant Property following payment to the United States Marshals Services for any

and all costs and expenses incurred with respect the real property and following payment to any lienholder with a superior interest.

**IT IS SO ORDERED.**

Signed: October 7, 2009

Martin Reidinger
United States District Judge